FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>     -vs-<br><br>DOMINGO CASTILLO JACOBO,<br><br>                           Defendant. | No.    2:04-CR-2049-WFN-1<br><br>ORDER DENYING MOTION FOR REDUCED SENTENCE |

    Pending before the Court is Defendant's Motion to Reduce Sentence Pursuant to First Step Act and for Compassionate Release, ECF No. 122, and Motion for Entry of Default Judgment . . ., ECF No. 127.  According to the Bureau of Prisons Inmate Locator, Defendant was released in August of this year.  The Court has reviewed the file and Motion and is fully informed.  Accordingly,

    **IT IS ORDERED** that Defendant's Motions to Reduce Sentence Pursuant to First Step Act… and Motion for Entry of Default Judgment . . ., **ECF Nos. 122 and 127**, are **DENIED as MOOT**.

    The District Court Executive is directed to file this Order and provide copies to counsel and *pro se* Defendant.

    **DATED** this 10th day of November, 2021.

11-09-21

                                    WM. FREMMING NIELSEN
                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER